UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

TRACY PHILLIPS,                              )
                                             )
                                             )   CASE No. 10-1196-AC
              Plaintiff,                     )
                                             )
                                             )   ORDER AWARDING
vs.                                          )   FEES PURSUANT TO THE
                                             )   EQUAL ACCESS TO JUSTICE
                                             )   ACT
                                             )
MICHAEL J. ASTRUE,                           )
Commissioner of Social Security,             )
                                             )
              Defendant.                     )

It is hereby ORDERED that attorney fees in the amount of $4,150.00 are awarded to Plaintiff pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The amount of this award shall be paid to Plaintiff's attorney upon verification that Plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program. See *Astrue v. Ratliff*, ____ U.S. ____ 30 S.Ct. 2521 (2010). If Plaintiff has no such debt, then a check shall be made out to Plaintiff's attorney, and mailed to Plaintiff's attorney's office as follows: Rory J. Linerud, at P.O. Box 1105, Salem, OR 97308-1105. If Plaintiff has a debt, then a check for any remaining funds, after any offset of the debt, shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1

There are no costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this _24th_ day of _February_ 2012.

_____
John V. Acosta
United States ~~District Court~~ Judge
              Magistrate

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com